

AUSA Ramon Villalpando (312) 933-5617

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No.: 1:25-cr-00206 |
|---|---|
| v. | DANIEL P. MCLAUGHLIN |
| HARVEY A. ROGERS, JR. | Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, KEVIN LEWIS, appearing before United States Magistrate Judge DANIEL P. MCLAUGHLIN by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that HARVEY A. ROGERS, JR. has been charged by Indictment in the Southern District of Iowa with the following criminal offenses: (a) conspiracy to transport stolen merchandise in interstate commerce, in violation of Title 18, United States Code, Section 371; and (b) interstate transportation of stolen goods, in violation of Title 18, United States Code, Sections 2314 and 2.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

Kevin Lewis (DPM w/ permission)
KEVIN LEWIS
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 17th day of April, 2025.

DANIEL P. MCLAUGHLIN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
для the
Southern District of Iowa

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HARVEY A. ROGERS, JR.<br>*Defendant* | Case No. 4:25-CR-048 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HARVEY A. ROGERS, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct 1: Conspiracy to Transport Stolen Merchandise in Interstate Commerce, in violation of T. 18 U.S.C. § 371; and
Ct 2: Interstate Transportation of Stolen Goods, in violation of T. 18 U.S.C. §§ 2314 and 2.

WARRANT ISSUED
CHANDLOR G. COLLINS, Clerk

Date: 03/18/2025

By: *Kendall Platt*
DEPUTY CLERK

City and state: Des Moines, Iowa

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of Defendant/Offender: HARVEY A. ROGERS, JR.

Known Aliases:

Date of Birth: ▮▮▮▮   Social Security Number: ▮▮▮▮

FBI Number: ▮▮▮▮   Alien Registration Number:

Sex: ▮▮   Race: ▮▮

Agency/Case Agent: Altoona PD/David Lowe   Phone Number: 515-967-5132



**FILED**

**MAR 18 2025**

**CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,        )        Criminal No. 4:25-cr-048
                                 )
v.                               )        INDICTMENT
                                 )
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                )        T. 18 U.S.C. § 2
HARVEY A. ROGERS, JR., and       )        T. 18 U.S.C. § 371
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                )        T. 18 U.S.C. § 2314
                                 )
         Defendants.             )
                                 )

**THE GRAND JURY CHARGES:**

**INTRODUCTION TO ALL COUNTS**

At all times relevant to this Indictment:

1. Ryder System, Inc. ("Ryder"), is a logistics company that, among other things, manages a fleet of semi-tractors and trailers. Ryder maintains facilities housing semi-tractors and trailers across the United States, including in the following locations, among others: Indianapolis, Indiana; Davenport, Iowa; Cedar Rapids, Iowa; and Altoona, Iowa.

2. Common Powertrain Controllers ("CPC Units") serve as the interface between a semi-tractor's motor control module and other vehicle functions like the transmission, dash gauges, gas and brake pedals, cruise control, and engine brake switches. A semi-tractor that is equipped with a CPC Unit is effectively inoperable with the CPC unit removed. Stolen CPC Units are a valuable black-market commodity.

3. The defendants, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ HARVEY A. ROGERS, JR., and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ lived in and around Chicago, Illinois. As described in more detail below, ▉▉▉ ROGERS, and ▉▉▉ conspired to steal and did steal CPC Units from semi-tractors housed at Ryder facilities in Indiana and Iowa.

## COUNT 1
### (Conspiracy to Transport Stolen Goods in Interstate Commerce)

4. The allegations in paragraphs 1 through 3 of this Indictment are realleged and incorporated by reference.

5. From a date unknown, but by no later than on or about September 5, 2024, and continuing to at least September 6, 2024, in the Southern District of Iowa and elsewhere, the defendants, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ HARVEY A. ROGERS, JR., and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to commit offenses against the United States, that is: transport and cause to be transported in interstate commerce stolen goods, wares, and merchandise having a value of $5,000 or more, knowing the goods, wares, and merchandise were stolen, in violation of Title 18, United States Code, Section 2314.

6. It was the purpose and object of the conspiracy to transport stolen merchandise in interstate commerce, that defendants ▉▉▉ ROGERS, and ▉▉▉ broke into Ryder facilities, including in Iowa and Indiana, stole CPC Units from semi-tractors, and returned with the CPC Units to Illinois.

2

### Manner and Means

7. The defendants, ███████ ROGERS, and ███████ accomplished the object of the conspiracy to transport stolen merchandise in interstate commerce by the following manner and means (among others):

   a. The defendants obtained a rental vehicle in Illinois and traveled in that vehicle from Illinois to Ryder facilities throughout the Midwest, including at least Indiana and Iowa.

   b. Two of the defendants would enter the Ryder facility while the third defendant remained in the rental vehicle as a lookout. The defendants inside the facility would maintain phone contact with the defendant acting as a lookout during the thefts.

   c. The defendants who entered the facilities would then break into semi-tractors and steal the semi-tractors' CPC Units (if one was present) before returning to the rental vehicle with the CPC Units they were able to obtain.

   d. After committing these thefts, the defendants returned to Illinois with the stolen CPC Units.

### Overt Acts

8. In furtherance of the conspiracy, and to effect the objects thereof, the defendants committed, in the Southern District of Iowa and elsewhere, one or more of the following overt acts:

   a. On or about August 16, 2024, ROGERS rented a vehicle in Naperville, Illinois the defendants used to travel from Illinois to Indiana and Iowa to transport stolen CPC Units.

   b. In or about September 2024, the defendants travelled from Illinois to Indiana and Iowa and then back to Illinois.

   c. On or about September 5, 2024, the defendants entered a Ryder facility in Indianapolis, Indiana and one or more defendants stole a CPC Unit or Units from semi-tractors housed at the facility.

3

    d. On or about September 6, 2024, the defendants entered a Ryder facility in Altoona, Iowa and one or more defendants stole a CPC Unit or Units from semi-tractors housed at the facility.

    e. On or about September 6, 2024, the defendants entered a Ryder facility in Cedar Rapids, Iowa and one or more defendants stole a CPC Unit or Units from semi-tractors housed at the facility.

    f. On or about September 6, 2024, the defendants entered a Ryder facility in Davenport, Iowa and one or more defendants stole a CPC Unit or Units from semi-tractors housed at the facility.

All in violation of Title 18, United States Code, Section 371.

## THE GRAND JURY FURTHER CHARGES:

### COUNT 2
(Interstate Transportation of Stolen Goods)

9. Paragraphs 1 through 8 of this Indictment are realleged and incorporated as if set forth fully herein.

10. On or about September 6, 2024, in the Southern District of Iowa, the defendants, ███████████████████ HARVEY A. ROGERS, JR., and ███████████████████ aiding and abetting each other, did cause goods, wares, and merchandise with a value of $5,000 or more to be transported, transmitted, and transferred in interstate commerce, knowing the same to have been stolen and converted at the time they crossed state lines and intending to deprive the owner of the use of the property, namely: CPC Units worth $5,000 or more from Iowa to Illinois.

All in violation of Title 18, United States Code, Sections 2314 and 2.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Joseph Lubben
Assistant United States Attorney

5